Electronically Filed
Supreme Court
SCWC-19-0000504
04-NOV-2020
07:47 AM
Dkt. 5 OGAC

SCWC-19-0000504

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellant,

vs.

JERAMY M. TRONSON,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000504; CASE NO. 1DTA-19-00119)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Wong, assigned by reason of vacancy)

Petitioner/Plaintiff-Appellant's Application for Writ of Certiorari, filed on September 21, 2020, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, November 4, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Paul B.K. Wong

